UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS

KERYN GOYNES                                            NO.: 07-00120-BAJ-SCR

## RULING ON MOTION TO ALTER OR AMEND JUDGMENT

Before the court is Defendant Keryn Goynes's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 95), which shall be treated as a Motion for Leave to File an Objection to the Magistrate Judge's Report and Recommendation.

Goynes filed a motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. 91.) On October 3, 2012, a Magistrate Judge's Report and Recommendation was submitted to the District Judge recommending that Goynes's motion be denied. (Doc. 93.)

On October 4, 2012, an order denying Goynes a certificate of appealability was issued in error (Doc. 94) and was subsequently vacated (Doc. 96).

Goynes filed this Motion to Alter or Amend Judgment assuming, incorrectly, that judgment was entered. Goynes argues that she was not given an opportunity to file objections to the Magistrate Judge's Report and Recommendation before the premature entry of judgment. Goynes attached to her Motion to Alter or Amend Judgment a memorandum in which she sets forth her objections to the Magistrate Judge's Report and Recommendation. (Doc. 95, pp. 5-27.)

As indicated, judgment has not yet been entered and the order denying Goynes a certificate of appealability was vacated.

Accordingly,

**IT IS ORDERED** that <u>**pages 5-27**</u> of Defendant Keryn Goynes's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 95) shall be treated as a Motion for Leave to File an Objection to the Magistrate Judge's Report and Recommendation (Doc. 93).

**IT IS FURTHER ORDERED** that Goynes's Motion for Leave to File an Objection to the Magistrate Judge's Report and Recommendation (Doc. 93) is **GRANTED**.

**IT IS FURTHER ORDERED** that <u>**pages 5-27**</u> of Goynes's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 95) <u>**shall be entered into the record**</u> as her Objection to the Magistrate Judge's Report and Recommendation (Doc. 93).

In all other respects, Goynes's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) (Doc. 95) is **DENIED**.

Baton Rouge, Louisiana, this 30th day of November 2012.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**